AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | CALIFORNIA |

UNITED STATES OF AMERICA,
        Plaintiff,
   v.

MARIA TERESA LEON,
        Defendant.

**APPEARANCE**

Case Number:  08MJ8237

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

MARIA TERESA LEON

I certify that I am admitted to practice in this court.

| 3/19/2008 | /s/ FRANK M. MANGAN |
|---|---|
| Date | Signature |

| Frank M. Mangan / Federal Defenders of SD | 057689 |
|---|---|
| Print Name | Bar Number |

225 Broadway, Suite 900
Address

| San Diego, | CA | 92101 |
|---|---|---|
| City | State | Zip Code |

| (619) 234-8467 | (619) 687-2666 |
|---|---|
| Phone Number | Fax Number |

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: March 19, 2008  /s/ Frank M. Mangan
FRANK M. MANGAN
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
e-mail: Frank_Mangan@fd.org