# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
vs )
Maria Teresa Leon )

CASE NUMBER 08mj8237

ABSTRACT OF ORDER

Booking No. 06115298

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 4-1-08 the Court entered the following order:

✓ Defendant be released from custody.
___ Defendant placed on supervised / unsupervised probation / supervised release.
___ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.
___ Defendant released on $_____ bond posted.
___ Defendant appeared in Court. FINGERPRINT & RELEASE.
___ Defendant remanded and ( ___ bond) ( ___ bond on appeal) exonerated.
___ Defendant sentenced to TIME SERVED, supervised release for ___ years.
___ c.c. judgment Court of Appeals ( ___ affirming) ( ___ reversing) decision of this Court:
  ___ dismissing appeal filed.
___ Bench Warrant Recalled.
___ Defendant forfeited collateral.
✓ Case Dismissed.
___ Defendant to be released to Pretrial Services for electronic monitoring.
___ Other._____

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

OR
W. SAMUEL HAMRICK, JR.  Clerk
by J. Flores
Deputy Clerk

Received _____ DUSM

Crim-9  (Rev 6-95)

★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY